**Order entered October 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01347-CV

### IN RE KEVIN MENNIEFEE, Relator

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 28736A-86**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
        JUSTICE